FILED
NOV 23 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. )
)
)
MCKENZIE S. SAUNDERS, )
Defendant. )

Case No: 2:26mj365
Corrected Court Date: January 6, 2027

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor - Violation Notice E1824590

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MCKENZIE S. SAUNDERS, was intoxicated in public.

(In violation of Title 18, United States code, Sections 7 and 13, assimilating Code of Virginia Section 18.2-388.)

COUNT TWO
Misdemeanor – Violation Notice E1824591

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MCKENZIE S. SAUNDERS, did drive a motor vehicle upon a highway without a valid driver's license.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

COUNT THREE
Misdemeanor – Violation Notice E1824589

That on or about September 27, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MCKENZIE S. SAUNDERS, did engage in conduct having a direct tendency to cause acts of violence by the person or persons at whom, individually, such conduct was directed in a street, highway, or public building or while in a public place with the intent to cause public inconvenience, annoyance, or alarm, or recklessly created a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

COUNT FOUR
Misdemeanor – Violation Notice E1373092

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MCKENZIE S. SAUNDERS, did forcibly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government, engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111 (a) (1)).

Respectfully submitted,

Todd. W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Azalea A. Capers
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-3146
Email: Azalea.Capers@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Azalea A. Capers
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-3146
Email: Azalea.Capers@usdoj.gov

20 November 2026

Date